# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**

**DAVID A. GIRARD**

_____/

**INDICTMENT**

3:26cr9-mcr

**THE GRAND JURY CHARGES:**

### COUNT ONE

Between on or about October 17, 2025, and on or about October 18, 2025, in

the Northern District of Florida and elsewhere, the defendant,

### DAVID A. GIRARD,

using a facility and means of interstate commerce, did knowingly attempt to

persuade, induce, and entice an individual, who had not attained the age of 18

years, to engage in sexual activity for which any person can be charged with a

criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about October 18, 2025, in the Northern District of Florida and

elsewhere, the defendant,

FILED USDC FLND PN
JAN 21 '26 PM3:42

Returned in open court pursuant to Rule 6(f)

1/21/26

Date

3Bc

United States Magistrate Judge

**DAVID A. GIRARD,**

did knowingly travel in interstate commerce for the purpose of engaging in illicit

sexual conduct with another, as defined in Title 18, United States Code, Section

2423(f).

In violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE

Between on or about October 17, 2025, and on or about October 18, 2025, in

the Northern District of Florida and elsewhere,

**DAVID A. GIRARD,**

being required under the laws of the United States to register as a sex offender, did

commit a felony offense involving a minor under Title 18, United States Code,

Sections 2422(b) and 2423(b), as charged in Counts One and Two of this

Indictment.

In violation of Title 18, United States Code, Section 2260A.

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are

hereby realleged and incorporated by reference for the purpose of alleging

forfeiture, pursuant to the provisions of Title 18, United States Code, Sections

2253 and 2428.  From his engagement in the violations alleged in Counts One and

Two of this Indictment, the defendant,

2

**DAVID A. GIRARD,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections

2253 and 2428, all of his interest in:

A.     Any visual depiction described in section 2251, 2251A, 2252, 2252A,

2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book,

magazine, periodical, film, videotape, or other matter which contains any such

visual depiction, which was produced, transported, mailed, shipped, or received in

violation of Chapter 110 of Title 18, United States Code;

B.     Any property, real or personal, constituting or traceable to gross

profits or other proceeds obtained from the offenses alleged in Counts One and

Two of this Indictment; and

C.     Any property, real or personal, used, or intended to be used, to

commit or promote the commission of the offenses alleged in Counts One and Two

of this Indictment.

D.     The property referenced in subparagraphs A, B, and C above includes,

but is not limited to, computer hardware such as monitors, central processing units,

keyboards, computer programs, software, computer storage devices, such as disk

drive units, disks, tapes, and hard disk drives or units, peripherals, modems and

other telephonic and acoustical equipment, printers, contents of memory data

contained in and through the hardware and software mentioned above, tools,

3

equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third person;

    iii.    has been placed beyond the jurisdiction of the Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any

other property of the defendant up to the value of any forfeitable property

described above.

A TRUE BILL:

_____

FOREPERSON

DATE  1/21/26

_____

JOHN P. HEEKIN
United States Attorney

_____

DAVID L. GOLDBERG
Assistant United States Attorney

_____

CHRISTOPHER C. PATTERSON
Assistant United States Attorney

5