IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

DAVID A. GIRARD

CASE NUMBER: 3:26cr9-MCR

_____/

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the Defendant,

**DAVID A. GIRARD**

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such Indictment against the Defendant.

2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this **21** day of January 2026, at Pensacola, Florida.

_____
ZACHARY C. BOLITHO
United States Magistrate Judge

RCVD USDC FLND PN
JAN 21 '26 PM 3:43